952

No. 1205, Misc. KELEM v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1207, Misc. ROGERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1218, Misc. LEBOSKY v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *William H. Sheil* for petitioner. *Solicitor General Griswold* for the United States.

No. 1220, Misc. STURGIS v. WARDEN, MARYLAND PENITENTIARY. Ct. Sp. App. Md. Certiorari denied.

No. 1221, Misc. SANDERS v. UNITED STATES; and No. 1223, Misc. BUSCHKOTTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Richard R. Paradise* for petitioner in No. 1221, Misc., and *Albert Datz* for petitioner in No. 1223, Misc. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States in both cases. Reported below: 416 F. 2d 194.

No. 1222, Misc. RENSING v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1226, Misc. ELY v. ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 1227, Misc. CLARK v. KROPP, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1228, Misc. JOHNSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.